**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01009-REB-CBS

MAN SHAN WAI,

     Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, as trustee for MASTR Asset Backed Securities
Trust 2006-HEI, Mortgage Pass-Through Certificates, Series 2006-HEI,
NOVELLE FINANCIAL SERVICES, and
PUBLIC TRUSTEE FOR WELD COUNTY, COLORADO,

     Defendants.

---

## ORDER DISMISSING DEFENDANT,
## PUBLIC TRUSTEE FOR WELD COUNTY, COLORADO, ONLY

---

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion For Dismissal With Prejudice of Defendant, Public Trustee For Weld County, Colorado** [#36] filed September 9, 2010.  After reviewing the motion and the file, I conclude that the motion should be granted and plaintiff's claims against defendant, Public Trustee For Weld County, Colorado, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion For Dismissal With Prejudice of Defendant, Public Trustee For Weld County, Colorado** [#36] filed September 9, 2010, is **GRANTED**;

2.  That plaintiff's claims against defendant, Public Trustee For Weld County, Colorado, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That defendant, Public Trustee For Weld County, Colorado, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly; and

4.  That any motion filed on behalf of defendant, Public Trustee For Weld County, Colorado, is **DENIED** as moot.

Dated September 10, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge