IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01009-REB-CBS

MAN SHAN WAI,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, as trustee for MASTR Asset Backed Securities Trust 2006-HEI, Mortgage Pass-Through Certificates, Series 2006-HEI, and NOVELLE FINANCIAL SERVICES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the plaintiff's **Motion To Withdraw** [#40] filed October 7, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion To Withdraw** [#40] filed October 7, 2010, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated October 8, 2010, at Denver, Colorado.

                              BY THE COURT:

                              Robert E. Blackburn
                              United States District Judge